IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARYLE MOUSLEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| WAL-MART STORES EAST, LP and WAL-MART STORES, INC. | : | NO.  19-391 |

**CIVIL JUDGMENT**

BEFORE

AND NOW, this 21st of November, 2019, it appearing that an Arbitration Award was entered and filed on October 3rd, 2019, and that 30 days have elapsed from the entry of the award without any party demanding a trial *de novo*, it is hereby

ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered in favor of Plaintiff Daryle Mousley in the amount of Sixty-five Thousand ($65,000) dollars and against Defendants Wal-Mart Stores East, LP and Wal-Mart Stores, Inc..

ATTEST:                    OR                    BY THE COURT:

By:_____                                *s/ Gene E.K. Pratter*
Deputy Clerk
                                                  HONORABLE GENE E.K. PRATTER, J.

ARB 16